# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DERRICK DEWAYNE JOHNSON                                                         PLAINTIFF
ADC #106719

v.                                      NO. 4:09CV00959 JLH

RICHARD JACKSON                                                                 DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.    Plaintiff's complaint is DISMISSED WITH PREJUDICE.

2.    All pending motions are DENIED.

DATED this 22nd day of October, 2010.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE