**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

DERRICK DEWAYNE JOHNSON                                              PLAINTIFF
ADC #106719

v.                                        NO. 4:09CV00959 JLH

RICHARD JACKSON                                                     DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice;

the relief sought is denied.

DATED this 22nd day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE